# Greenberg Traurig

**Jeffrey M. Burns**
BURNSJ@gtlaw.com
617.310.6248
617.897.0948

January 18, 2007

**Via Electronic Filing**

Michelle Rynne, Courtroom Clerk
to The Honorable Douglas P. Woodlock
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

      Re:   *Seneca One, LLC v. Settlement Funding, LLC, et al.*, C.A. 05-12574 DPW

Dear Ms. Rynne:

    Please allow this letter to confirm your previous conversation with counsel for the Plaintiff that the parties have reached a resolution of the above-referenced matter and are in the process of preparing settlement papers, including a stipulation of dismissal to be filed with the court.

    This letter further confirms that the parties are agreeable to the Court issuing a thirty (30) day Nisi Order.

    Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions.

Very truly yours,

Jeffrey M. Burns
*Counsel for Defendants*

Rachel Zoob-Hill /JMB
Rachel Zoob-Hill
*Counsel for Plaintiff*

bos-fs1\212387v02